I would like to invite the others to the control room to sit down in their chairs. There should be a fire alarm in the air conditioning, unless it's broken. If it's false, there will be no situation to be made. There should be a fire alarm in the air conditioning. If it requires disincention, there will be no situation to be made. I'm gonnal try to start with the questions here. This is an interesting idea, I was trying to think of the idea, um... I think it's important to try to create things like utilize each of those.  each one in each of these different, as in communication and official columns. that's just a picture, I mean, The law decorative path is is not clear, It's very clear. 0 There's... I mean, all those positions I've highlighted in the book are strongly incapacitating separatist institutions and there is room to take it beyond that That's wherequesing takes place StarryTrafighter And I've said In a lot of the different areas, I've highlighted areas of orientation that I've had that have been kind of well, I'm not going to get into the splitters here because I don't think that's really true of any of those issues at the time but it's important to take it and to push the effort to protect institutions It makes it more difficult for institutions to become racialized to become racially I have two questions Well, the first question is a separate question Do you think it's a great deal for institutions to fight against or are there differences between those two? Do you think it's substantive? Do you think there's a difference? Actually, this is a really good question and I'm going to make sure this is clear to the stakeholder I'm a sexist survivor and you know, any any sort of substance or any it's a separate issue it's a general issue so I don't have any answers Well, there's a lot but I think you've got to show that there's a little bit more in the sovereign evidence like local surgeries, parties, items and then to the ordinance and then the discovered evidence Well, I think it's a search and there's a mission and there is issues I don't have any answers Well, I think you have to continue So much has talked about what do you do do you rely on evidence and while it's not your responsibility to rely on evidence I don't think it's I don't think it's easier to be more reliable than in the U.S. which I think is important Well, I think that it's a stakeholder argument where you take a a shipment and march it across the country at the same time which means that you have the opportunity to see more I think that the I think the common idea is being well, it's a pretty simple I think that that's a subject matter which I think that you all have to be hearing is you need to also have a political distinction and it's it's it's the same part of the agency is that the agency needs to be able to submit specific cases of funding and laws and just and ordinance if you're necessarily creating special actions and you do and you're submitting a fine and you have a resource and everybody can get what you see is that it's a lot of prior decisions already been actually now written in this   it it's it's it's it's now how it's it's it's it's it's it's it's it's it's it's it's it's  it's it's it's the it's the is it's r can remember it's it's r remember it's  r you just can change it say d s  i g i g e n g e i n g n g n g ng g n g n g ng n g n o f s n g s n g n e f s n g e n e
judges: Gilman, Kozinski, Friedland